UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| WINSTON MCCALLUM, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) |
| | : | and § 841(b)(1)(C) |
| Defendant. | : | (Unlawful Possession With Intent to |
| | : | Distribute Cocaine Base) |
| | : | 21 U.S.C. § 860(a) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine Base Within 1000 |
| | : | Feet of a School) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about July 28, 2010, within the District of Columbia, **WINSTON MCCALLUM** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about July 28, 2010, within the District of Columbia, **WINSTON MCCALLUM** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II

narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Powell Elementary School, a public elementary school in the District of Columbia.

>**(Unlawful Possession with Intent to Distribute Cocaine Base within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a)**)**

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.